UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-491-D

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
      v.                           )     DEFAULT JUDGMENT
                                   )
SHAWN A. GERALD,                   )
                                   )
            Defendant.             )

Upon motion, request, and proper showing by attorney for the plaintiff, United States of America, the above-named defendant having failed to appear, plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, entry of default has been entered against the named defendant.

In accordance with Rule 55(b) of the Federal Rules of Civil Procedure, counsel for the plaintiff, United States of America, having requested judgment against the defaulted defendant and having filed a proper affidavit, judgment is rendered in favor of the plaintiff and against the above named defendant in the sum of $129,259.74, which includes principal of $78,795.38 and interest of $50,464.36 as of July 8, 2011, and accruing thereafter at the rate as set out in the Complaint to the date of entry of the judgment, and costs allowed under 28 U.S.C. § 2412(a)(2) of $350.00. Interest thereon after date of entry of this judgment shall be at the rate of __•_/_/_____ %.

This the __26__ day of __January__, __2012__.

_____
JAMES C. DEVER, III
Chief, United States District Judge